IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KHEO KANJANABOUT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06cv0462 |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | Judge Thomas A. Wiseman, Jr. |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINAL JUDGMENT

Plaintiff Kheo Kanjanabout filed this civil action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security ("Defendant" or "Commissioner") denying Plaintiff's claim for Supplemental Security Insurance ("SSI"), as provided under Title XVI of the Social Security Act ("the Act"), as amended. Currently pending is Plaintiff's "Motion for Summary Judgment" (Doc. No. 11), which the Court construes as a motion for judgment on the administrative record. Defendant has filed a Response (Doc. No. 18), arguing that the Commissioner's decision is supported by substantial evidence and should be affirmed; Plaintiff has filed a Reply Brief (Doc. No. 19).

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion is **DENIED** and the decision of the Commissioner **AFFIRMED**. Judgment is hereby entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).